JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ERIC SHAWN KEMP, ) | |
| ) | |
| Petitioner, ) | Case No.  EDCV 13-2088-CAS(AJW) |
| ) | |
| v. ) | |
| ) | |
| M. GONZALEZ, Warden, ) | JUDGMENT |
| ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: November 20, 2013

_____
Christina A. Snyder
United States District Judge